

SIDLEY AUSTIN LLP
787 SEVENTH AVENUE
NEW YORK, NY 10019
+1 212 839 5300
+1 212 839 5599 FAX

AMERICA • ASIA PACIFIC • EUROPE

MLEVY@SIDLEY.COM
+1 212 839 7341

July 10, 2019

**By ECF**

Ms. Catherine O'Hagan Wolfe
Clerk of Court
U.S. Court of Appeals for the Second Circuit
40 Foley Square
New York, New York 10007

  Re: *United States v. Carpenter*, Docket No. 19-70

Dear Ms. Wolfe:

  Appellant-Defendant Daniel Carpenter respectfully submits this letter to supply his position on the Government's motion to file an oversized brief of 29,000 words.

  As the Government explained in its motion, Mr. Carpenter is presently imprisoned and defense counsel was not able to confer with him about the Government's request before the Government needed to file its motion. Having now had an opportunity to confer with Mr. Carpenter, and to discuss the matter further with the Government, defense counsel respectfully informs the Court that Mr. Carpenter has no objection to the Government's request to file a brief that includes as many as 29,000 words on the conditions that, due to the unusual length of the Government's expected brief, the Government will not oppose (i) Mr. Carpenter filing a reply brief of as much as half the length of the brief that the Government actually files (consistent with the ratio set by the Federal Rules), and (ii) a two-week extension of the otherwise applicable deadline for the filing of Mr. Carpenter's reply brief. Defense counsel has spoken with counsel for the Government, who agreed to these conditions.

  Accordingly, should the Court grant in whole or in part the Government's motion to file an oversized brief, Mr. Carpenter respectfully requests that the Court simultaneously order the foregoing relief with respect to Mr. Carpenter's reply brief.

Sidley Austin (NY) LLP is a Delaware limited liability partnership doing business as Sidley Austin LLP and practicing in affiliation with other Sidley Austin partnerships.

**SIDLEY**

Page 2

                                          Respectfully submitted,

                                          /s/ Michael A. Levy

                                          Michael A. Levy

Cc: All counsel (by ECF)